# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                          Case Number 08-28726 JHW

Debtor: Joseph A. & Frances M. Mina, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1715851 | Levitz Realty Management | 3506.61 |

/s/ Isabel C. Balboa

Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:    January 7, 2011