**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE: Joseph A.Mina,Jr.
Frances M.Mina

**CASE NO.08-28726**

## MOTION for ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

1. In conformance to provisions of Statutes 28 USCA §2041, 28 USCA §2042, the undersigned Movant,Michael T.Mills,Attorney at Law,representing National Recovery Services, Inc.(Applicant),motions the Court for an Order directing the Clerk of the Court to pay from the Registry of the Court the monetary sum of:**$3,506.61** payable as so indicated on the Order Directing Payment of Unclaimed Funds.

2. Said funds have been returned to the Registry of the Court per the requirements of Statute 28 USCA §2041 and deposited in the Treasury of the United States pursuant to the Order of the Court as unclaimed funds belonging to **Levites Realty Management,LLC.("Claimant").**

3. Applicant has been authorized by the **Claimant** pursuant to a "Limited Power Of Attorney" to recover said unclaimed funds recorded in the Registry of the Court.The aforementioned "Limited Power of Attorney" is attached hereto as **"Exhibit A".**

4. Applicant has made inquiry into the status of the claim and has no knowledge that this claim has previously been paid,that any other application for this claim is currently pending,or that a party other than the Applicant is entitled and authorized to submit an application for this claim.

5. The Trustee did not have a valid current address for delivery of the subject funds.

6. A copy of this Motion and a Notice of Hearing Date ("Notice") will be served upon the Claimant,Trustee and the US Trustee's office by certified mail,return receipt requested, and proof of such service will be filed with the Court .The  foregoing parties will also be advised by such service to file with the Court any objection to the payment of this claim no later than seven (7) days prior to February 14,2011,the date scheduled for a Hearing on this Motion.

**WHEREAS:** The Movant respectfully requests that the Court direct the Clerk of the Court to remit the requested monetary claim as so indicated on the Order Directing Payment of Unclaimed Funds.

Date Submitted:January 18,2011

    /s/ Michael T.Mills

Michael T. Mills
Attorney at Law
Atty ID Code: MM 1359
P.O. Box 671
921 Main Street
Belmar, NJ 07719
Tel: (732) 681-7922

Representing:
National Recovery Services, Inc.
P.O. Box 462
Spring Lake, NJ 07762
Tel: (732) 282-1976


  XX-XXX1757
Claimant's Federal Tax
ID Number (last four digits)