Baron Associates
Rettner Management

**LEVITES REALTY MANAGEMENT LLC**

| | |
|---|---|
| **Brian O'Sullivan** | 374 McLean Avenue |
| Managing Agent | Yonkers, NY  10705 |
| brian@levitesrealty.com | Phone (914) 968-5600 |
| | Fax (914) 709-0190 |