## ("Exhibit A")
## LIMITED POWER OF ATTORNEY

Know all men by these presents:

That I, Brian O'Sullivan, as the Managing Agent of **Levites Realty Management, LLC** (**"Levites"**) located at 374 McLean Ave., Yonkers, NY 10705, do hereby appoint **Robert V. Kelly** of **National Recovery Services Inc.**, Post Office Box 462, Spring Lake, NJ 07762 in accordance with the compensation agreement on the Funds Recovery Contract, to represent **Levites** and to act as its attorney in fact in its name, place and stead, for its use and benefit, only for the matter of retrieving and recovering on its behalf unclaimed funds which he may locate once that are due to **Levites** from the Bankruptcy of **Joseph A. Mina, Jr. & Frances M. Mina.**

Any future unclaimed funds located by Robert V. Kelly are not covered by this agreement.

For this stated purpose, I give and grant unto Robert V. Kelly full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to be done for this particular purpose, which I might or could do or cause to be done if personally present.

### THIS DOCUMENT CANNOT BE USED FOR ANY OTHER PURPOSE!

Executed this ____14____ day of ____JANUARY____ 2011

➤ You must sign, **HAVE SIGNATURE NOTARIZED** and insert the **last four digits** of the Federal Tax ID Number in the area provided below.

**Notary Public**

Signature _____

RICHARD M. ROTH
Notary Public, State of New York
No. ____134
Qualified in New York County
Commission Expires 9/8/14

Title _Managing Agent_

XX-XXX1757
Federal Tax ID Number
(last four digits)