## FUNDS RECOVERY CONTRACT

Know all men by these presents:

That I,Brian O'Sullivan,as the Managing Agent of **Levites Realty Management,LLC** do hereby agree to compensate **National Recovery Services, Inc.**,Post Office Box 462,Spring Lake,NJ 07762 a fee of **15%(fifteen)** of the funds recovered from the bankruptcy of **Joseph A.Mina,Jr.& Frances M.Mina.**This fee becomes due **only** upon the return of the recovered funds to me and/or to those whom I lawfully represent. Also,**all recovery costs** (including the required legal fees) are to be paid by National Recovery Services, Inc.

This agreement for compensation of services rendered shall apply only in the matter of recovering unclaimed funds that are due to me and/or to those whom I lawfully represent.

**THIS DOCUMENT CANNOT BE USED FOR ANY OTHER PURPOSE!**

Executed this ___14___ day of ___January___ 2011

Signature : _[signature]_

Title :Managing Agent

Tel. No. (914) 968-5600